**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CREATEADS LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| 1&1 INTERNET INC. | ) | C.A. No. 12-1603-GMS |
| ENDURANCE INTERNATIONAL GROUP HOLDINGS, LLC, et al. | ) ) | C.A. No. 12-1604-GMS |
| HEWLETT-PACKARD COMPANY | ) | C.A. No. 12-1605-GMS |
| GOOGLE INC. | ) | C.A. No. 12-1606-GMS |
| FEDEX OFFICE AND PRINT SERVICES, INC. | ) ) | C.A. No. 12-1607-GMS |
| INTUIT INC. | ) | C.A. No. 12-1608-GMS |
| SQUARESPACE INC. | ) | C.A. No. 12-1609-GMS |
| STAPLES INC. | ) | C.A. No. 12-1610-GMS |
| VISTAPRINT USA INC. | ) | C.A. No. 12-1611-GMS |
| WEB.COM GROUP, INC., et al. | ) | C.A. No. 12-1612-GMS |
| YAHOO! INC. | ) | C.A. No. 12-1613-GMS |
| 123PRINT, INC. | ) | C.A. No. 13-68-GMS |
| AMERICAN GREETINGS CORP. | ) | C.A. No. 13-69-GMS |
| HALLMARK.COM LLC | ) | C.A. No. 13-71-GMS |
| CABLE ONE INC. | ) | C.A. No. 13-111-GMS |
| ECOMMERCE, INC. | ) | C.A. No. 13-112-GMS |
| MEDIACOM COMMUNICATIONS CORP. | ) | C.A. No. 13-116-GMS |
| ZAZZLE INC. | ) | C.A. No. 13-119-GMS |
| QWEST CORP., et al. | ) | C.A. No. 13-206-GMS |

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS, INC. | ) | C.A. No. 13-207-GMS |
| DELUXE CORP., et al. | ) | C.A. No. 13-209-GMS |
| HUGHES NETWORK SYSTEMS LLC | ) | C.A. No. 13-210-GMS |
| FARHEAP SOLUTIONS INC. | ) | C.A. No. 13-211-GMS |
| PRINTS MADE EASY, INC. | ) | C.A. No. 13-212-GMS |
| VERIZON COMMUNICATIONS INC. | ) | C.A. No. 13-223-GMS |
| VOLUSION INC. | ) | C.A. No. 13-282-GMS |
| AWEBER SYSTEMS, INC. | ) | C.A. No. 13-379-GMS |
| CONSTANT CONTACT, INC. | ) | C.A. No. 13-380-GMS |
| MYPUBLISHER INC., et al. | ) | C.A. No. 13-382-GMS |
| SHUTTERLY INC. | ) | [C.A. No. 13-384-GMS] (Consol.) |
| VERTICALRESPONSE, INC. | ) | C.A. No. 13-385-GMS |

**DEFENDANTS' MOTION FOR**
**SUMMARY JUDGMENT OF INVALIDITY UNDER § 101**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants move for summary judgment of invalidity for lack of patent-eligible subject matter under 35 U.S.C. § 101. The grounds for this motion are set forth in Defendants' Opening Brief, submitted herewith.

O'KELLY, ERNST & BIELLI, LLC

*/s/ Daniel P. Murray*

Sean T. O'Kelly (#4349)
Daniel P. Murray (#5785)
901 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 778-4000
sokelly@oeblegal.com
dmurray@oeblegal.com

OF COUNSEL:

J. Christopher Erb
THE ERB LAW FIRM, PC
20 South Valley Road, Suite 103
Paoli, PA 19301
(610) 993-2690

*Attorneys for Defendant 1&1 Internet Inc.*

| | |
|---|---|
| OF COUNSEL:<br><br>Maximilian A. Grant<br>Gabriel K. Bell<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br><br>Richard G. Frenkel<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 328-4600 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jack B. Blumenfeld*<br>_____<br>Jack B. Blumenfeld (#1014)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br><br>*Attorneys for Defendants Endurance International Group Holdings, LLC, HostGator.com LLC, Just Host, Inc., and Constant Contact, Inc.* |
| OF COUNSEL:<br><br>Charlene M. Morrow<br>Hector Ribera<br>Marc S. Elzweig<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>(650) 988-8500 | POTTER ANDERSON & CORROON LLP<br><br>*/s/ David E. Moore*<br>_____<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Attorneys for Defendant Hewlett-Packard Company* |

| | |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| | /s/ *David E. Moore* |
| OF COUNSEL: | Richard L. Horwitz (#2246) |
| | David E. Moore (#3983) |
| Stephanie P. Skaff | Bindu A. Palapura (#5370) |
| FARELLA BRAUN + MARTEL LLP | Hercules Plaza, 6th Floor |
| 235 Montgomery Street, 17th Floor | 1313 N. Market Street |
| San Francisco, CA 94104 | Wilmington, DE 19801 |
| (415) 954-4400 | (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| | *Attorneys for Defendants Google Inc., Shutterfly Inc., and MyPublisher Inc.* |
| | ASHBY & GEDDES |
| | /s/ *Andrew C. Mayo* |
| OF COUNSEL: | Steven J. Balick (#2114) |
| | Tiffany Geyer Lydon (#3950) |
| Thomas J. Friel | Andrew C. Mayo (#5207) |
| COOLEY LLP | 500 Delaware Avenue, 8th Floor |
| 101 California Street, 5th Floor | P.O. Box 1150 |
| San Francisco, CA 94111-5800 | Wilmington, DE 19899 |
| (415) 693-2000 | (302) 654-1888 |
| | sbalick@ashby-geddes.com |
| Christopher C. Campbell | tlydon@ashby-geddes.com |
| Kevin A. Lake | amayo@ashby-geddes.com |
| COOLEY LLP | |
| One Freedom Square | *Attorneys for Defendants FedEx Office and Print Services, Inc. and VistaPrint USA, Inc.* |
| Reston Town Center | |
| 11951 Freedom Drive | |
| Reston, VA 20190-5656 | |
| (703) 456-8000 | |

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
|  | */s/ David E. Moore* |
| OF COUNSEL:<br><br>Michael Sacksteder<br>Hector Ribera<br>Marc S. Elzweig<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>(650) 988-8500 | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Attorneys for Defendants Intuit Inc. and Verizon Communications Inc.* |
|  | RICHARDS, LAYTON & FINDER, P.A. |
|  | */s/ Frederick L. Cottrell, III* |
| OF COUNSEL:<br><br>Marvin S. Gittes<br>Boris A. Matvenko<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br>666 Third Avenue, 24th Floor<br>New York, NY 10017<br>(212) 935-3000 | Frederick L. Cottrell, III (#2555)<br>Travis S. Hunter (#5350)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>hunter@rlf.com<br><br>*Attorneys for Defendant SquareSpace, Inc.* |

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Julia Heaney* |
|  | Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Michael J. Flynn (#5333)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>michael.flynn@mnat.com |
|  | *Attorneys for Defendant Staples, Inc.* |
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jack B. Blumenfeld* |
| OF COUNSEL:<br><br>Stephen E. Baskin<br>Dara M. Kurlancheek<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006-1101<br>(202) 263-3000 | Jack B. Blumenfeld (#1014)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br><br>*Attorneys for Defendants Network Solutions LLC, Register.com Inc., and Web.com Group Inc.* |

6

| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Richard L. Stroup<br>Jennifer K. Robinson<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20009<br>(202) 408-4000<br><br>John M. Mulcahy<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>(571) 203-2700 | */s/ Jack B. Blumenfeld*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com<br><br>*Attorneys for Defendant Yahoo! Inc.* |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL:<br><br>Thomas C. Mahlum<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402-2015<br>(612) 349-8500 | */s/ Thomas C. Grimm*<br>_____<br>Thomas C. Grimm (#1098)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 351-9595<br>tgrimm@mnat.com<br><br>*Attorneys for Defendant 123Print, Inc.* |
| | REED SMITH LLP |
| OF COUNSEL:<br><br>James T. Hultquist<br>REED SMITH LLP<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL 60606<br>(312) 207-1000 | */s/ Brian M. Rostocki*<br>_____<br>Brian M. Rostocki (#4599)<br>1201 N. Market Street<br>Suite 1500<br>Wilmington, DE 19801<br>(302) 778-7500<br>brostocki@reedsmith.com<br><br>*Attorneys for Defendant American Greetings Corporation* |

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | */s/ John G. Day* |
| OF COUNSEL: | John G. Day (#2403) |
|  | Lauren E. Maguire (#4261) |
| John P. Higgins | Andrew C. Mayo (#5207) |
| John C. Nipp | 500 Delaware Avenue, 8th Floor |
| Justin A. Jernigan | P.O. Box 1150 |
| ADDITON, HIGGINS, PENDLETON | Wilmington, DE 19801 |
|   & ASHE, P.A. | (302) 654-1888 |
| Ballantyne Corporate Park | jday@ashby-geddes.com |
| 11610 North Community House Rd, | lmaguire@ashby-geddes.com |
| Suite 200 | amayo@ashby-geddes.com |
| Charlotte, NC 28277-2199 |  |
| (704) 945-6704 | *Attorneys for Defendant Hallmark.com, LLC* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

|  |  |
|---|---|
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | 1201 N. Market Street |
| Fredric A. Cohen | P.O. Box 1347 |
| Scott C. Walton | Wilmington, DE 19899 |
| CHENG COHEN LLC | (302) 658-9200 |
| 311 N. Aberdeen Street | jblumenfeld@mnat.com |
| Suite 400 |  |
| Chicago, IL 60607 | *Attorneys for Defendant Cable One, Inc.* |
| (312) 243-1701 |  |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

|  |  |
|---|---|
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | 1201 N. Market Street |
| Anthony E. Dowell | P.O. Box 1347 |
| TAFT STETTINIUS & HOLLISTER LLP | Wilmington, DE 19899 |
| One Indiana Square, Suite 3500 | (302) 658-9200 |
| Indianapolis, IN 46204 | jblumenfeld@mnat.com |
| (317) 713-3500 |  |
|  | *Attorneys for Defendant eCommerce, Inc.* |

|  | ASHBY & GEDDES |
|---|---|
|  | */s/ Andrew C. Mayo* |
|  | Steven J. Balick (#2114)<br>Lauren E. Maguire (#4261)<br>Andrew C. Mayo (#5207) |
| OF COUNSEL: | 500 Delaware Avenue, 8th Floor<br>P.O. Box 1150 |
| Mitchell D. Lukin<br>Robinson Vu<br>Natalie Alfaro<br>BAKER BOTTS LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002-4995<br>(713) 229-1234 | Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Defendant Mediacom Communications Corp.* |
|  | DLA PIPER LLP (US) |
|  | */s/ Denise S. Kraft* |
|  | Denise S. Kraft (#2778)<br>Brian Biggs (#5591)<br>1201 N. Market Street, Suite 2100 |
| OF COUNSEL: | Wilmington, Delaware 19801<br>(302) 468-5700 |
| Andrew P. Valentine<br>DLA PIPER LLP (US)<br>2000 University Ave.<br>East Palo Alto, CA 94303<br>(650) 833-2000 | (302) 394-2341 (facsimile)<br>denise.kraft@dlapiper.com<br>brian.biggs@dlapiper.com<br><br>*Attorneys for Defendant Zazzle Inc.* |

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jack B. Blumenfeld* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | 1201 N. Market Street |
| Fredric A. Cohen | P.O. Box 1347 |
| Scott C. Walton | Wilmington, DE 19899 |
| CHENG COHEN LLC | (302) 658-9200 |
| 311 North Aberdeen Street, Suite 400 | jblumenfeld@mnat.com |
| Chicago, IL 60607 |  |
| (312) 243-1717 | *Attorneys for Defendants Qwest Corporation and Qwest Communications Company LLC* |
|  | ASHBY & GEDDES |
|  | */s/ Andrew C. Mayo* |
|  | Steven J. Balick (#2114) |
|  | Lauren E. Maguire (#4261) |
|  | Andrew C. Mayo (#5207) |
|  | 500 Delaware Avenue, 8th Floor |
| OF COUNSEL: | P.O. Box 1150 |
|  | Wilmington, DE 19899 |
| Dean L. Franklin | (302) 654-1888 |
| Jason M. Schwent | sbalick@ashby-geddes.com |
| Anthony F. Blum | lmaguire@ashby-geddes.com |
| THOMPSON COBURN LLP | amayo@ashby-geddes.com |
| One US Bank Plaza |  |
| St. Louis, MO 63101 | *Attorneys for Defendant Charter Communications, Inc.* |
| (314) 552-6000 |  |

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Thomas C. Grimm* |
| OF COUNSEL: | Thomas C. Grimm (#1098) |
| | Morris, Nichols, Arsht & Tunnell, L.L.P. |
| Christopher K. Larus | 1201 N. Market Street |
| Benjamen C. Linden | P.O. Box 1347 |
| ROBINS, KAPLAN, MILLER & CIRESI L.L.P. | Wilmington, DE 19899-1347 |
| 800 LaSalle Avenue, Suite 2800 | (302) 351-9595 |
| Minneapolis, MN 55402-2015 | tgrimm@mnat.com |
| (612) 349-8500 | |
| | *Attorneys for Defendants Deluxe Corp., Deluxe Business Operations, Inc., and VerticalResponse, Inc.* |
| | POTTER ANDERSON & CORROON LLP |
| | */s/ David E. Moore* |
| | Richard L. Horwitz (#2246) |
| | David E. Moore (#3983) |
| OF COUNSEL: | Hercules Plaza, 6th Floor |
| | 1313 N. Market Street |
| Vivian S. Kuo | Wilmington, DE 19801 |
| Andrew R. Sommer | (302) 984-6000 |
| Corrine M. Saylor | rhorwitz@potteranderson.com |
| WINSTON & STRAWN LLP | dmoore@potteranderson.com |
| 1700 K Street, N.W. | |
| Washington, D.C. 20006-3817 | *Attorneys for Defendant* |
| (202) 282-5000 | *Hughes Network Systems, LLC* |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Thomas C. Grimm* |
| | Thomas C. Grimm (#1098) |
| OF COUNSEL: | 1201 N. Market Street |
| | P.O. Box 1347 |
| Robert D. Fish | Wilmington, DE 19899-1347 |
| FISH & ASSOCIATES, PC | (302) 351-9595 |
| 2603 Main Street, Suite 1000 | tgrimm@mnat.com |
| Irvine, CA 92614-6232 | |
| (949) 943-8300 | *Attorneys for Defendant FarHeap Solutions, Inc.* |

11

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | */s/ Andrew C. Mayo* |
|  | Steven J. Balick (#2114) |
|  | Andrew C. Mayo (#5207) |
|  | 500 Delaware Avenue, 8th Floor |
|  | P.O. Box 1150 |
|  | Wilmington, DE 19899 |
|  | (302) 654-1888 |
|  | sbalick@ashby-geddes.com |
|  | amayo@ashby-geddes.com |
|  | *Attorneys for Defendant Prints Made Easy, Inc.* |
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Keith E. Broyles | */s/ Rodger D. Smith II* |
| Pamela Councill |  |
| ALSTON & BIRD LLP | Rodger D. Smith II (#3778) |
| One Atlantic Center | Michael J. Flynn (#5333) |
| 1201 West Peachtree Street, Suite 4200 | 1201 N. Market Street, 18th Floor |
| Atlanta, 30309-342 | P.O. Box 1347 |
| (404) 881-7000 | Wilmington, Delaware 19899-1347 |
|  | (302) 658-9200 |
| Scott J. Pivnick | rsmith@mnat.com |
| ALSTON & BIRD LLP | mflynn@mnat.com |
| The Atlantic Building |  |
| 950 F Street, NW | *Attorneys for Defendant Volusion, Inc.* |
| Washington, DC 20004-1404 |  |
| (202) 239-3300 |  |


OF COUNSEL:

Keith E. Broyles
Pamela Councill
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4200
Atlanta, 30309-342
(404) 881-7000

Scott J. Pivnick
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
(202) 239-3300

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
|  | */s/ David E. Moore* |
|  | _____ |
| OF COUNSEL: | Richard L. Horwitz (#2246) |
|  | David E. Moore (#3983) |
| David Carlson | Bindu A. Palapura (#5370) |
| Steven Blair | Hercules Plaza, 6th Floor |
| SEED INTELLECTUAL PROPERTY LAW | 1313 N. Market Street |
| GROUP PLLC | Wilmington, DE 19801 |
| 701 Fifth Avenue, Suite 5400 | (302) 984-6000 |
| Seattle, WA 98104 | rhorwitz@potteranderson.com |
| (206) 622-4900 | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
|  |  |
| July 31, 2014 | *Attorneys for Defendant AWeber Systems, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 31, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Alexander C.D. Giza, Esquire<br>Marc A. Fenster, Esquire<br>Daniel P. Hipskind, Esquire<br>RUSS, AUGUST, KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)